JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
ERIK E. PETERSEN, Trial Attorney, DC Bar No. 489073
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0339/Fax: (202) 305-0275
erik.petersen@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| COALITION OF ARIZONA/NEW MEXICO COUNTIES FOR STABLE ECONOMIC GROWTH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH SALAZAR, in his official capacity as Secretary of the Interior; ROWAN GOULD, in his official capacity as Acting Director of the Fish and Wildlife Service; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE,[1/] <br><br> Defendants. <br><br> CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Defendant-Intervenor. | No. 1:07-cv-00876-JEC-WPL <br><br><br><br> **FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND** |
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. | No. 1:08-cv-00657-JEC-WPL |

---

[1] The captions have been altered to reflect the new Secretary of the Interior and the Acting Director of the Fish and Wildlife Service. See Fed. R. Civ. Pro. 25(d).

Second Amended Joint Status Report
No. 1:07-cv-00876-JEC-WPL

|   |   |
|---|---|
| KENNETH SALAZAR, in his official capacity as Secretary of the Interior; ROWAN GOULD, in his official capacity as Acting Director of the Fish and Wildlife Service; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITES STATES FISH AND WILDLIFE SERVICE, | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| COALITION FOR ARIZONA/NEW MEXICO COUNTIES FOR STABLE ECONOMIC GROWTH and NEW MEXICO CATTLE GROWERS' ASSOCIATION, | ) ) ) ) ) |
| Defendant-Intervenors. | ) ) |

Federal Defendants Kenneth Salazar, Rowan Gould, the United States Department of the Interior and the United States Fish and Wildlife Service (collectively the "Federal Defendants") hereby move this Court for a voluntary remand of the final rule entitled *Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Spikedace (Meda fulgida) and the Loach Minnow (Tiaroga cobitis)*, 72 Fed. Reg. 13356 (Mar. 21, 2007) ("Final Rule") in order to reconsider the rule in light of an investigative report that was recently issued by the Department of the Interior's Inspector General entitled "The Endangered Species Act and the Conflict between Science and Policy." As explained in the accompanying memorandum, the ability to remand the Final Rule lies well within the Court's equitable powers. On remand, the United States Fish and Wildlife Service intends to conduct further rulemaking and render new determinations regarding critical habitat for the Spikedace and the Loach Minnow.

Pursuant to Local Rule 7.1(a), Federal Defendants consulted with the parties in the above-captioned cases in order to ascertain their respective positions on Federal Defendants' Motion for Voluntary Remand. Plaintiff/Intervenor Center for Biological Diversity ("CBD") stated that it does not oppose Federal Defendants' motion. Plaintiffs/Defendant-Intervenors Coalition of

1 Arizona/New Mexico Counties for Stable Economic Growth and the New Mexico Cattle Growers'
2 Association ("Cattle Growers") stated that while they took no position on the appropriateness of
3 remand at this time, they oppose a remand without vacatur.
4    Federal Defendants ask that the Court grant their Motion for Voluntary Remand for the
5 reasons set forth in the accompanying memorandum.
6
7    Respectfully submitted this February 2, 2009.
8
9                                                     JOHN C. CRUDEN
                                                      Acting Assistant Attorney General
10                                                    JEAN E. WILLIAMS, Chief
                                                      LISA L. RUSSELL, Assistant Chief
11
                                                        /s/ Erik E. Petersen
12                                                    ERIK E. PETERSEN, Trial Attorney
                                                      US. Department of Justice
13                                                    Environment & Natural Resources Division
                                                      Wildlife & Marine Resources Section
14                                                    Ben Franklin Station, P.O. Box 7369
                                                      Washington, D.C.  20044-7369
15                                                    Telephone:  (202) 305-0339
                                                      Facsimile:  (202) 305-0275
16
                                                      Attorneys for Federal Defendants
17
18
19
20
21
22
23
24
25

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of February, 2009, I electronically filed the foregoing with the Clerk of the U.S. District Court of New Mexico using the CM/ECF system, which will send a Notice of Electronic filing to the counsel of record.

/s/ Erik E. Petersen

ERIK E. PETERSEN

*Counsel for Federal Defendants*