John Buse (CA Bar No. 163156)
(appearing pursuant to L.R. 83.3)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue # 3
Chicago, IL 60637
Telephone:	(323) 533-4416
E-Mail:   jbuse@biologicaldiversity.org

Susan George (NM Bar No. 5651)
3757 Manchester Dr. NW
Albuquerque, NM  87107
Telephone:	(505) 341-0692
E-Mail:   SusanGeorge_NM@msn.com

Attorneys for Plaintiff/Defendant-Intervenor
CENTER FOR BIOLOGICAL DIVERSITY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| COALITION OF ARIZONA/NEW MEXICO COUNTIES FOR STABLE ECONOMIC GROWTH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KENNETH SALAZAR, et al., <br><br> Defendants. <br><br> CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Defendant-Intervenor. | Case No. 07-CV-00876-JEC-WPL <br><br> **CENTER FOR BIOLOGICAL DIVERSITY'S RESPONSE TO FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND; NOTICE OF JOINDER** |

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| KENNETH SALAZAR, et al., | ) ) |
| Defendants. | ) ) |
| COALITION OF ARIZONA/NEW MEXICO COUNTIES FOR STABLE ECONOMIC GROWTH, et al., | ) ) ) ) |
| Defendant-Intervenor. | ) ) ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff and Defendant-Intervenor Center for Biological Diversity (the "Center") does not oppose Federal Defendants' Motion for Voluntary Remand of the March 21, 2007 Final Rule designating critical habitat for the spikedace and loach minnow. 72 Fed. Reg. 13356.  The Center's non-opposition is premised on Federal Defendants' request that the March 21, 2007 Final Rule should not be vacated pending publication of a new critical habitat designation for the spikedace and loach minnow.

In addition, please take notice that, to the extent Federal Defendants contend that vacatur of the March 21, 2007 Final Rule designating critical habitat for the spikedace and loach minnow is inappropriate, the Center hereby joins Federal Defendants' motion for voluntary remand.

RESPECTFULLY SUBMITTED February 19, 2009

/s/ John Buse
John Buse (CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue, # 3
Chicago, IL 60637
(323) 533-4416

Attorney for Plaintiff/Defendant-Intervenor
CENTER FOR BIOLOGICAL DIVERSITY

I HEREBY CERTIFY that on the 19th day of February, 2009, I filed the foregoing document electronically through the CM/ECF system, which caused counsel record in this case to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ John Buse
John Buse
Attorney for Plaintiff/Defendant-Intervenor
CENTER FOR BIOLOGICAL DIVERSITY